**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 97-4845

D.C. Docket No. 94-0147-cv
Bktcy. No. 93-0361

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
08/06/99
THOMAS K. KAHN
CLERK

IN RE: LEROY CHARLES GRIFFITH,

                                        Debtor.


LEROY CHARLES GRIFFITH,

                                        Plaintiff-Appellant,


        versus


UNITED STATES OF AMERICA,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(Opinion May 11 , 1999, ___ F.3d ____, 11th Cir., 1999)

(August 6, 1999)

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges.

B Y  T H E  C O U R T :

        A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.eb4845or